UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

CASE NO.: **CV 10-00189 SJO (AGRx)**           DATE: **March 9, 2010**

TITLE: **Great Western Pacific, Inc. v. Pavenet Internet Services, et al.**

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                           Not Present
Courtroom Clerk                            Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):          COUNSEL PRESENT FOR DEFENDANT(S):

Not Present                                Not Present

========================================================================
PROCEEDINGS: IN CHAMBERS

Plaintiff is hereby ordered to show cause in writing by not later than March 19, 2010, why this action should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

    Answer by the Defendant(s) or Plaintiff's request for entry of default as to Defendant Pavenet Internet Services and,

    Plaintiff's filing of a motion for entry of default judgment as to Defendant Apogee Marketing, Inc.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

    **IT IS SO ORDERED**.